E. A. HELSABECK v. H. F. VASS ET AL.

(Filed 22 October, 1930.)

APPEAL by defendant, H. F. Vass, from *Johnson, Special Judge,* at March Term, 1930, of FORSYTH.

Civil action to restrain sale of property under execution.

From a verdict and judgment in favor of plaintiff, the defendant, H. F. Vass, appeals, assigning errors.

*W. T. Wilson and Chas. R. Helsabeck for plaintiff.*
*J. E. Alexander and Lacy M. Butler for defendant, appellant.*

PER CURIAM. The trial of the case accords substantially with the opinion rendered on the first appeal, 196 N. C., 603, 146 S. E., 576, and it would serve no useful purpose to reiterate the facts or to restate the contentions of the parties. The record is apparently free from reversible error. The verdict and judgment will be upheld.

No error.